## UNITED STATES *versus* THREE CASKS OF BRANDY CLAIMED BY LEMUEL FOBES

PAPERS IN FILE (1816): (1–2) Libels; (3) transcript from journal; (4) claim of Lemuel Fobes; (5) draft of claim of Lemuel Fobes.

## FULLERTON AND LANGHAM, SURVIVING PARTNERS OF THOMAS STORROW & CO., *versus* JOHN FINCH

. . . . . . . . . . . . . . . . . . . .

PAPERS IN FILE (1816): (1) Security for costs.

## JEAN BATISTE BERTHELOT, SURVIVING PARTNER OF GIASSON & BERTHELOT, *versus* JEAN BAPTISTE MAHNOT (MALLIOT)

PAPERS IN FILE (1816): (1) Precipe for process; (2) capias and return; (3) bail bond.

*Office Docket*, MS p. 43½, c. 4.

## GEORGE JACOB *versus* GEORGE McDOUGALL AND LAURENT DUROCHER

PAPERS IN FILE (1816): (1) Bill of complaint and order for injunction; (2) injunction bond; (3) precipe for subpoena and injunction.